```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LIZETTE BURGOS RIVERA                           :

                Plaintiff,                      :       ORDER

        -v.-                                    :
                                                        18 Civ. 84 (GWG)
COMMISSIONER OF SOCIAL SECURITY,                :

                Defendant.                      :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    For essentially the reasons stated in <u>Blizzard v. Astrue</u>, 496 F. Supp. 2d 320 (S.D.N.Y. 2007, the motion for attorney's fees (Docket # 29) is granted. Attorney Daniel Berger is awarded $23,200.00 in attorney's fees under 42 U.S.C. sec 406(b).  Upon receipt of this sum, counsel shall remit to plaintiff $5,500.00, which is the sum counsel was previously awarded in Equal Access to Justice fees.

    SO ORDERED.

Dated: December 13, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge